UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :
                          :    10-267-01 (SDW)
                          :
        v.                :
                          :         **ORDER**
                          :
MERVIN MENIAR             :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 25th day of October, 2012,

O R D E R E D that RICHARD COUGHLIN, Federal Public Defender for the District of New Jersey by Patrick McMahon, Esq. is hereby appointed to represent said defendant in this cause until further order of the Court.

Further Ordered that if defendant does in fact have assets which are discovered after trial, defendant will be required to reimburse the government for the cost of counsel.

SUSAN D. WIGENTON
United States District Judge