PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Mervin Meniar　　　　　　　　　　**Docket Number:** 10-00267-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PACTS Number:** 34434

**Name of Judicial Officer:** The Honorable Susan D. Wigenton
　　　　　　　　　　　　　　　United States District Judge

**Name of Sentencing Judicial Officer:** The Honorable Joseph R. Goodwin
　　　　　　　　　　　　　　　　　　　　　United States District Judge, SD/WV

**Date of Original Sentence:** 03/25/2005

**Original Offense:** Single Count Information: Possession with Intent to Distribute Cocaine
　　　　　　　　　　　Count Eight: Possession of a Firearm in Connection with a Drug Trafficking Crime

**Original Sentence:** Single Count Information: 24 months custody
　　　　　　　　　　　Count Eight: 60 months custody (consecutive to the 24 months custody, for a total of 84 months imprisonment); 5 years supervised release; $200 Special Assessment

**Type of Supervision:** Supervised Release　　　　　　**Date Supervision Commenced:** 11/12/09

**Assistant U.S. Attorney:** Andrew Bruck, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Patrick McMahon, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
|   | On September 6, 2012, the offender was arrested by the New York City Police Department and charged with one count of Criminal Possession of a Controlled Substance, 3rd Degree; and, two counts of Criminal Possession of a Controlled Substance, 5th Degree. |

2      The offender has violated the standard supervision condition which states 'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.'

On November 29, 2012, the offender tested positive for cocaine via a 10-panel instant test. The specimen was subsequently confirmed positive for cocaine via the national laboratory (Specimen No. B01889231).

I declare under penalty of perjury that the foregoing is true and correct.

Gisella M. Bassolino
2012.12.21 09:20:27
-05'00'

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 12/21/12

## THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 1/22/13 @ 11:30
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date: Jan. 7, 2013